UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KATHI ADAMS,

      Plaintiff,

v.                                      Case No: 5:22-cv-35-JSM-PRL

UNUM LIFE INSURANCE
COMPANY OF AMERICA,

      Defendant.

_____

### ORDER

On July 21, 2022, Plaintiff filed an "Affidavit in Support of Request for Entry of Default" which the Court has construed as a motion for clerk's default against Defendant. (Doc. 14).

Pursuant to Rule 55(a), Fed.R.Civ.P, "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." While Defendant has not timely answered the Complaint, it cannot be said that it has not "otherwise defend[ed]" this action. Indeed, Defendant has now appeared in this action and has advised that it intends to defend this action and that it has meritorious defenses to the allegations. (Docs. 15, 16).

Accordingly, and in accordance with the judicial preference for a decision on the merits, Plaintiff's motion for clerk's default (Doc. 14) is due to be **DENIED**. Defendant shall file and serve its response to Plaintiff's Complaint within ten days of this Order.

**DONE** and **ORDERED** in Ocala, Florida on August 19, 2022.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties